■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CASIMIRO A. SOLIS, Appellant. [859 NYS2d 383]—Appeal by the defendant from an order of the County Court, Dutchess County (Hayes, J.), dated February 10, 2006, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the County Court's determination to designate him a level two sex offender was supported by clear and convincing evidence, and thus, should not be disturbed (*see* Correction Law § 168-n [3]; *People v Ortega*, 49 AD3d 704 [2008]; *People v Bula*, 41 AD3d 569 [2007]). Rivera, J.P., Ritter, Miller and Dillon, JJ., concur.

■ LINDA RACKIS, Appellant, v ROBERT ADELMAN, Respondent. [859 NYS2d 382]—In a matrimonial action in which the parties were divorced by judgment dated April 21, 1994, the plaintiff appeals, as limited by her brief, from so much of an order of the Supreme Court, Richmond County (Panepinto, J.), dated June 5, 2007, as denied that branch of her postjudgment motion which was for a money judgment for the value of certain real property.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

Contrary to the plaintiff's contention, the Supreme Court properly denied that branch of her motion which was for a money judgment against the defendant for the value of certain real property. The plaintiff failed to present documentary proof that the defendant ever had any interest in the property. Thus there was insufficient evidence to establish her entitlement to a money judgment for the value of that property (*see Schacker v Schacker*, 43 AD3d 1029, 1030 [2007]; *Shanon v Patterson*, 38 AD3d 519, 520 [2007]; *Boris v Boris*, 272 AD2d 284, 285 [2000]). Santucci, J.P., Angiolillo, Eng and Chambers, JJ., concur.